McKENZIE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Annie M. McKenzie against the Metropolitan Street Railway Company. A. Ofner, for appellant. V. P. Donihee, for respondent. No opinion. Judgment and order affirmed, with costs.

McLERNON, Respondent, v. MOONEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Rose A. McLernon against Edwin S. Mooney. No opinion. Judgment affirmed, with costs.

MADIGAN, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Daniel Madigan against the Third Avenue Railroad Company. G. W. Bristol, for appellant. A. C. Ormsbee, for respondent. No opinion. Judgment affirmed, with costs, on the opinion in 68 App. Div. 123, 74 N. Y. Supp. 143.

In re MALCOM BREWING CO. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) In the matter of the voluntary dissolution of the Malcom Brewing Company. No opinion. Motion denied.

MARTIN v. KAR. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Joseph Martin as receiver against De Wit Kar individually, etc. No opinion. Motion granted so far as to dismiss appeal, with $10 costs.

MARTIN, Appellant, v. UNIVERSAL TRUST CO., Respondent. UNIVERSAL TRUST CO., Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Actions by Sarah Martin against the Universal Trust Company, and by the Universal Trust Company against Sarah Martin and others. No opinion. Order resettled so as to provide that the costs and disbursements awarded to the appellant abide the final result of the action.

MAYBAUM v. MEYER. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by August H. Maybaum against Louis Meyer. No opinion. Motion denied on payment of $10 costs, and upon payment of an additional $10 leave given to apply to the court below to open default.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re STATION PLACE. (Supreme Court, Appellate Division, First Department. February 20, 1903.) In the matter of the mayor, etc., of the city of New York. In re Station Place. P. M. Brett, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MAZURKOWITZ, Respondent, v. SHINKO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Mary Mazurkowitz against John Shinko and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.